**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.# 2011RO0894

225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E
★ JAN 06 2012 ★
BROOKLYN OFFICE

January 3, 2012

Re: U.S. vs. Teresa Yuan
    Criminal Docket No. CR-11-858

Dear Ms. Teresa Yuan:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza, Brooklyn, New York, on Wednesday the 11th day of January, 2012 at 11:00 A.M., A. Simon Chrein Ceremonial Courtroom 2A, South Wing, 2nd floor. At that time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you fail to attend, a warrant will be sought for your arrest.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the new Courthouse building at least one hour before the case is to be called so that a pretrial services report can be completed.

Very truly yours,

Lorretta Lynch
UNITED STATES ATTORNEY

By: *Brenda Lewis*
Brenda L. Lewis
Paralegal Assistant

CC: Hon. William F. Kuntz II (Mag. Reyes will accept the plea).

M. Kristin Mace
Assistant U.S. Attorney

Michael Schneider, Esq.

Pretrial Services Officer