

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKM
F.#2011R00858

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 1, 2012

<u>By ECF and Hand Delivery</u>

Michael K. Schneider, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

        Re:  United States v. Teresa Yuan
            <u>Criminal Docket No. 11-0858 (WFK)</u>

Dear Mr. Schneider:

       The government hereby furnishes the following additional discovery[1] pursuant to Rule 16 of the Federal Rules of Criminal Procedure:

           The defendant sent communications directed at the victims via electronic mail.  The government has transferred this data onto the hard drive that you provided on February 16, 2012.  The hard drive containing the transferred data is enclosed.

       Please also consider this letter to be the government's renewed request for reciprocal discovery.  If you have any

---

      [1] This discovery supplements the discovery provided in a letter dated February 23, 2012.

2

questions or further requests, please do not hesitate to contact me.

                          Very truly yours,

                          LORETTA E. LYNCH
                        United States Attorney

                By:      /s/
                        M. Kristin Mace
                        Assistant United States Attorney
                        (718) 254-6879

Enclosure

cc:  Clerk of Court (WFK) (via ECF w/o enclosures)