

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MKM
F.#2011R00858

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 9, 2012

By ECF and U.S. Mail

Michael K. Schneider, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

       Re:  United States v. Teresa Yuan
            Criminal Docket No. 11-0858 (WFK)

Dear Mr. Schneider:

      The government hereby furnishes the additional discovery[1] described below pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Please also consider this letter to be the government's renewed request for reciprocal discovery.

      From September 2010 to July 2011, the defendant sent communications directed at the victims via electronic mail.  The government transferred these electronic messages onto your hard drive and provided it to you with the discovery letter dated March 1, 2012.  Enclosed herein, please find a disc containing the same electronic communications in .pdf format (Bates numbered TY000060-4286).  These previously produced electronic communications are being reproduced in a different format for your convenience.  Please note that the audio and video content of the electronic communications must be viewed in the original format produced and do not appear in the .pdf version that is enclosed here.

---

    [1] This discovery supplements the discovery provided in letters dated February 23, 2012, and March 1, 2012.

2

        If you have any questions or further requests, please do not hesitate to contact me.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                    United States Attorney

                            By:       /s/
                                      M. Kristin Mace
                                    Assistant United States Attorney
                                    (718) 254-6879

Enclosure

cc:  Clerk of Court (WFK) (via ECF w/o enclosures)