

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKM
F.#2011R00858

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 25, 2012

<u>By ECF and Electronic Mail</u>

Michael K. Schneider, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

       Re:  United States v. Teresa Yuan
           <u>Criminal Docket No. 11-0858 (WFK)</u>

Dear Mr. Schneider:

      The government hereby furnishes the additional discovery[1] described below pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Please also consider this letter to be the government's renewed request for reciprocal discovery.

      Enclosed please find a copy of a letter sent by the defendant to one of the victims, dated May 19, 2011 (Bates numbered TY004287-94).

---

     [1] This discovery supplements the discovery provided in the government's letters dated February 23, 2012, March 1, 2012, and March 9, 2012.

2

   If you have any questions or further requests, please do not hesitate to contact me.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

       By:   /s/
          M. Kristin Mace
          Assistant United States Attorney
          (718) 254-6879

Enclosure

cc: Clerk of Court (WFK) (via ECF w/o enclosures)