RE: Yuan, Teresa
Docket Number: 11 CR 858-1

It is the Order of the Court that:

 ✓ Pretrial Services be allowed to search the defendant's computer or any electronic devices that have internet access. *and may take possession of any such device as necessary to complete the search.*

 ___ No action be taken at this time.

 ___ Other: _____
      _____
      _____

So Ordered,

      s/WFK

_____         July 13, 2012
Honorable William F. Kuntz, II              Date
U.S. District Judge

cc: Defense Counsel Michael Schneider
    AUSA Kristin Mace

