# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 28, 2012

Hon. William F. Kuntz
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    <u>United States v. Teresa Yuan, 11 CR 858 (WFK)</u>

Your Honor:

      I write to request that the Court modify Ms. Yuan's bond conditions to allow her to seek employment.  Presently, Ms. Yuan's bond conditions place her on home confinement with location monitoring.  Though she is allowed to leave home for medical visits she has not been allowed to seek employment.  She therefore moves that the court modify the conditions of her bond to allow her to seek employment and to attend interviews as long as she provides prior notice to pretrial services of the time and place of the interviews.  AUSA M. Kristin Mace has no objection to this requested modification.

      Thank you for your attention to this matter.

Respectfully yours,

Michael K. Schneider, Esq.
Attorney for Ms. Yuan
(718) 330-1161

cc:    Clerk of the Court (by ECF)
       AUSA M. Kristin Mace, Esq.
       Pretrial Services-Electronic Monitoring
       Ms. Teresa Yuan